UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| DOUGLAS DAYTON, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | No. 4:17-CV-773 PLC |
| | ) | |
| STATE OF MISSOURI, et al., | ) | |
| | ) | |
| Respondents. | ) | |

## MEMORANDUM AND ORDER

Before the Court is petitioner's "formal amendment to his petition." In violation of the Court's March 6, 2017 Memorandum and Order, petitioner has failed to amend his petition on the court form. See also Local Rule 2.06(A). The Court does not accept amendments to petitions by supplementation or interlineation. Accordingly, petitioner will be given thirty (30) days from the date of this Memorandum and Order to provide the Court with one amended petition, on a court-provided form.

Additionally, petitioner must pay the $5 filing fee, or file a separate motion to proceed in forma pauperis, in order to proceed with this action. If petitioner fails to comply with this Memorandum and Order, this action will be dismissed without prejudice.

Accordingly,

**IT IS HEREBY ORDERED** that the Clerk is directed to send petitioner both a motion for leave to proceed in forma pauperis form and a § 2254 form.

**IT IS FURTHER ORDERED** that, no later than thirty (30) days from this Order, petitioner must either pay the $5 filing fee or file a motion for leave to proceed in forma pauperis.

**IT IS FURTHER ORDERED** that petitioner must fill out the § 2254 form and return it to the Court within thirty (30) days of the date of this Order. If petitioner fails to comply with this Order, the Court will dismiss this action without further proceedings.

Dated this 17th day of March, 2017.

_____
AUDREY G. FLEISSIG
UNITED STATES DISTRICT JUDGE