# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| DOUGLAS DAYTON, | ) |
| Petitioner, | ) ) ) |
| v. | ) No. 4:17-CV-773 PLC |
| STATE OF MISSOURI, et al., | ) ) ) |
| Respondents. | ) |

## MEMORANDUM AND ORDER

Before the Court is petitioner's request for extension of time to amend his petition. Petitioner states that he needs additional time to amend his petition, and he also states that he has not received the court forms that he needs to comply with the Court's requests.

The Court will grant petitioner an additional thirty (30) days to amend his petition, and he will be sent additional court forms in order to comply with this Court's requests.

Accordingly,

**IT IS HEREBY ORDERED** that petitioner's motion for extension of time [Doc. #6] is **GRANTED**.

**IT IS FURTHER ORDERED** that the Clerk is directed to send petitioner both a motion for leave to proceed in forma pauperis form and a § 2254 form.

**IT IS FURTHER ORDERED** that, no later than thirty (30) days from this Order, petitioner must either pay the $5 filing fee or file a motion for leave to proceed in forma pauperis.

**IT IS FURTHER ORDERED** that petitioner must fill out the § 2254 form and return it to the Court within thirty (30) days of the date of this Order. If petitioner fails to comply with this Order, the Court will dismiss this action without further proceedings.

Dated this 1st day of May, 2017.

                                                            _/s/ Audrey G. Fleissig_
                                                            AUDREY G. FLEISSIG
                                                            UNITED STATES DISTRICT JUDGE